.BRIDGE, TRUSTEE, ETC. . May 4, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. A. Nelson Lewis pro se. Mr. Edmund Wetmore, Mr. John K. Beach* and *Mr. Frank W. Hackett* for respondents.

No. 673. FULLER & JOHNSON MANUFACTURING COMPANY, PETITIONER, *v.* A. J. SEILER. May 4, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William R. Bagley* and *Mr. Robert M. Bashford* for petitioner. *Mr. Charles M. Peck* for respondent.

No. 678. WESTERN ASSURANCE COMPANY OF TORONTO, CANADA, PETITIONER, *v.* HENRI M. DE FARCONNET ET AL. May 4, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harrington Putnam* for petitioner. *Mr. Wilhelmus Mynderse* for respondents.

No. 680. AMERICAN NATIONAL BANK OF DENVER, PETITIONER, *v.* SAMUEL W. WATKINS. May 4, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. T. J. O'Donnell* for petitioner. No appearance for respondent.

No. 674. SUPREME COUNCIL AMERICAN LEGION OF HONOR, PETITIONER, *v.* AUGUSTA E. ORCUTT. May 18, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. A. J. Carr, Mr. Robert Newbegin* and *Mr. Henry Newbegin* for petitioner. *Mr. Alexander L. Smith* for respondent.

No. 681. ANGLO-AMERICAN PROVISION COMPANY, PETITIONER, *v.* UNITED STATES. May 18, 1903. Petition for a writ of cer-